

**U.S. Department of Veterans Affairs**
**Office of General Counsel**

Torts Law Group
5400 W. National Ave, Rm 335
Milwaukee, WI 53214
Telephone: 414-902-5047
In Reply Refer To: 436806

7015 1520 0002 3718 4297
Via Certified-Mail

September 27, 2019

Michael Cooper
3001 Green Bay Rd., Bldg #66
North Chicago, IL 60064

    Re:    Administrative Tort Claim

Dear Mr. Cooper:

The Department of Veterans Affairs (VA) has thoroughly investigated the facts and circumstances surrounding your administrative tort claim.

The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671-2680, under which you filed your claim, provides for monetary compensation when a Government employee, acting within the scope of employment, injures another by a negligent or wrongful act or omission. Medical negligence means there was a breach in the standard of care and that breach proximately caused an injury.

Our review concluded that there was no negligent or wrongful act on the part of an employee of the Department of Veterans Affairs (VA) acting within the scope of employment that caused you compensable harm. Accordingly, we deny his claim.

If you are dissatisfied with the denial of your claim, you may file suit directly under the FTCA, 28 U.S.C. §§ 1346(b) and 2671-2680. The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a Federal district court. The claimant must initiate the suit within six months of the mailing of this notice as shown by the date of this denial (28 U.S.C. § 2401(b)). In any lawsuit, the proper party defendant is the United States, not the Department of Veterans Affairs.

Sincerely,

MICHAEL T. NEWMAN,
Deputy Chief Counsel

EXHIBIT B