

# Susan E. Loggans
## & ASSOCIATES, P.C.
### ATTORNEYS AT LAW

Suite 2640
180 North La Salle Street
Chicago, Illinois 60601
T (312) 201-8600
F (312) 201-1180

Suite 101
239 Commercial Boulevard
Lauderdale By The Sea, FL 33308
T (312) 201-8600
F (754) 312-5369

thefirm@logganslaw.com
www.logganslaw.com

March 13, 2020

FEDERAL EXPRESS

United States Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

RE: MICHAEL COOPER

Gentlemen:

Enclosed please find the original and two copies of Form 95 Claim for Damages, Injury or Death on Behalf of Michael Cooper, together with a CD containing the following medical records:

1. James Lovell Health Care Facility
2. Federal Health Care Facility
3. Northwestern Medicine Lake Forest Hospital

Sincerely,

SUSAN E. LOGGANS

SEL/gcb

CC: Federal Tort Claims Act Section
Torts Branch, Civil Division
U.S. Department of Justice
175 N. Street, NE
Washington, DC 20002

Enclosures



| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Captain James A. Lovell FHCC<br>3001 Green Bay Road<br>North Chicago, IL 60064<br>ATTN: ELENI KUTULAS ORGANIZATIONAL PERFOMANCE IMPROVEMENT 1333CA- CD127 | Michael Cooper<br>3001 Green Bay Road, Bldg 66<br>North Chicago, IL 60064 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 04/25/1963 | DIVORCED | Monday, 07/15/2019 | 7:00PM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

See attached addendum "Response to Question 8: Basis of Claim"

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

The front tire on claimant's bicycle was destroyed as result of the accident.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

See attached addendum "Response to Question 10: Personal Inury/Wrongful Death"

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | Please see attached addendum "Response to Question 11: Witnesses" |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | $5,000,000.00 | | $5,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| /s/ Michael A. Cooper | 312-504-1147 | 3-5-2020 |

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?**   ☐ Yes   ☒ No   **17. If deductible, state amount.**

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts).

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Claimant: Michael Cooper
DOB: 04/25/1963

## RESPONSE TO QUESTION No.8 "Basis of Claim"

Claimant, Michael Cooper, is a resident at Captain James A. Lovell, Federal Health CC, 3001 Green Bay Road, Bldg. 66, Chicago, Illinois 60064. On Monday, July 15, 2019, at approximately 7:00 P.M, claimant was bicycling on the grounds of level FHCC in the vicinity of building. #51. He encountered an unmarked speed bump, which had been recently constructed and had no warning signs, paint markings, or hazard indicators that there was an elevation or "speed bump" on the roadway. Claimant lost control of his bicycle over the speed bump and he hit the curb which caused him to flip over his bike. As a result of the incident, claimant suffered severe personal injuries, including but not limited to, a radial head fracture of the left upper extremity, intra articular stable non-displaced fracture, left elbow pain, left shoulder pain, closed head injury, headaches, contusions and abrasions.

Claimant was immediately transported to Northwestern Lake Forest Hospital emergency room, where he underwent radiologic studies of the left shoulder, left elbow, left forearm, left wrist, right wrist, left knee, left tibial fibula, and a CT of the brain.

Claimant was diagnosed with a radial fracture and was placed in a brace and harness. He was discharged to return to his residence at Lovell Federal Health Care and was next seen at Lovell Federal Health Care in the emergency department orthopedic clinic on July 19, 2019. At that time, he was seen by Dr. Edward Shackleford, MD, for intractable elbow pain and received a Toradol injection. Please note that plaintiff is a resident at the VA home at the Lovell HC Center and is a veteran and suffers a diagnosis of post-traumatic stress disorder. He lives in Building 66 and is not working and on disability.

Claimant: Michael Cooper
DOB: 04/25/1963

Claimant underwent a prolonged course of occupational therapy on the recommendation of Dr. Paul Metzger, an orthopedic surgeon at James A. Lovell Federal Health Care Center. Claimant underwent open reduction surgery with internal fixation on September 9, 2019.

Following surgery, Claimant, Michael Cooper, has continued to receive occupational and physical therapy, pain management and suffers a severe disability as a result of the dangerous condition of the speed bump at the Lovell Health Care Center on July 15, 2019 and the injuries sustained.

Claimant: Michael Cooper
DOB: 04/25/1963

## RESPONSE TO QUESTION NO. 10: PERSONAL INJURY/WRONGFUL DEATH

Nature and extent of each injury which forms the basis of the claim:

Left radial head fracture requiring open fixation and prosthesis instrumentation, left knee sprain, right knee, right wrist sprain, left wrist sprain, left shoulder sprain, multiple abrasions and contusions and a closed head injury. Plaintiff underwent surgery with orthopedist, Dr. Paul Metzger, at James A. Lovell Federal Health Care Center on September 9, 2019. At that time, he underwent a left radial head excision, a radial head fracture repair and radial head replacement.

Following that surgery Mr. Cooper underwent a prolonged period of occupational and physical therapy, including significant disability and interference in the performance of activities of daily life.

See medical records of Northwestern Lake Forest Hospital and Lovell Health Care Center attached hereto.

Claimant: Michael Cooper
DOB: 04/25/1963

## RESPONSE TO QUESTION NO. 11: "WITNESSES"

| **Name** | **Addresses** |
| --- | --- |
| David Florres | 3001 Green Bay Road, Building 66<br>North Chicago, IL 60064 |
| Chris Tong JC<br>Officer Giving First Aid | James Lovell Health Care Facility<br>3001 Green Bay Road<br>North Chicago, IL 60064 |
| Corporal Gordon | Federal Health Care Facility<br>3001 Green Bay Road<br>North Chicago, IL 60064 |
| Deputy Chief Reeves | Lovell Federal Health Care Center<br>3001 Green Bay Road,<br>North Chicago, IL 60064 |
| Jeremy Rothfeld, DO | Northwestern Medicine Lake Forest Hospital<br>1000 N. Westmoreland Road, Lake Forest, IL 60045 |
| Donald Hebel MD | Northwestern Medicine Lake Forest Hospital<br>1000 N. Westmoreland Road, Lake Forest, IL 60045 |
| Edward Shackleford, MD | James Lovell Heath Care Facility<br>301 Green Bay Road<br>North Chicago, IL 60064 |
| Paul Metzger, MD | James A. Lovell Health Care Facility<br>301 Green Bay Road<br>North Chicago, IL 60064 |