## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Michael Cooper

                    Plaintiff,

v.                                            Case No.: 1:21−cv−00067
                                                 Honorable Matthew F. Kennelly

United States of America

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 7, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing is set for 1/21/2021 at 8:45 AM, in conjunction with the status hearing in Case No. 20−cv−2694. The docket in that case should be consulted for call−in information. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.